ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| OLIVER DUNCAN, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-047 |
| CCA MCRAE CORRECTIONAL FACILITY, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to timely effect service, and this case is **CLOSED**.

SO ORDERED this 27th day of April, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE